WHITNEY A. DAVIS, SBN 149523
MARIA S. ROSENFELD, SBN 186116
CHARTER DAVIS LLP
1730 I Street, Ste. 240
Sacramento, CA 95811
(916) 448-9000
(916) 448-9009

Attorneys for Cross-Defendant/
Cross-Complainant
VIVIAN SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLDWELL BANKER REAL ESTATE, LLC, individually and dba COLDWELL BANKER; VIVIAN SILVA,<br><br>    Defendants. | No. 2:09-CV-00365-JAM-JFM<br><br>**ORDER FOR APPOINTMENT OF MARY ANN RAPP AS GUARDIAN AD LITEM FOR VIVIAN SILVA** |
| COLDWELL BANKER REAL ESTATE, LLC, individually and dba COLDWELL BANKER,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>VIVIAN SILVA,<br><br>    Third-Party Defendant/<br>    Cross-Defendant. | |
| VIVIAN SILVA, by and through Guardian *ad Litem* MARYANN RAPP<br><br>    Cross-Defendant/Cross-<br>    Complainant,<br><br>vs.<br><br>COLDWELL BANKER REAL ESTATE, LLC, individually and dba COLDWELL BANKER et. al.<br><br>    Defendant/Cross-Defendant.<br>    And Roes 1-100 | |

-1-
ORDER FOR APPOINTMENT OF MARY ANN RAPP AS GUARDIAN AD LITEM
FOR VIVIAN SILVA
CIV: 2-09-00365-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1  GOOD CAUSE APPEARING by and through the Ex Parte Application for Appointment of Guardian
2  *ad Litem* on behalf of VIVIAN SILVA, and evidence submitted in support of said Application,
3  THE COURT FINDS that it is reasonable and necessary to appoint MARY ANN RAPP, as a
4  Guardian *ad Litem* for VIVIAN SILVA, an incapacitated/incompetent person.
5  THE COURT ORDERS that MARY ANN RAPP is hereby appointed Guardian *ad Litem* as
6  requested per the Ex Parte Application seeking Appointment of Guardian *ad Litem* for purposes of this
7  litigation.

DATED: May 27, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

-2-
ORDER FOR APPOINTMENT OF MARY ANN RAPP AS GUARDIAN AD LITEM
FOR VIVIAN SILVA

CIV: 2-09-00365-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com