SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Cold Banker Real Estate, LLC, et al<br><br>　　　　Defendants<br>_____<br>Cold Banker Real Estate, LLC, Individually<br>and dba Coldwell Banker,<br><br>　　　Third-Party Plaintiff,<br><br>　　　　vs.<br><br>Vivian Silva,,<br><br>　　　Third-Party Defendant/<br>　　　Cross-Defendant<br>_____<br>Vivian Silva, by and through Guardian as<br>Litem MaryAnn Rapp<br><br>　　　Cross-Defendant/Cross-Claimant,<br><br>　　　　vs.<br><br>Coldwell Banker Real Estate, LLC, | Case No.: CIV.S 09-cv-00365-JAM-JFM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**Dismissal of Entire Action, Defendants Third-Party Complaint and Defendants Cross-Complaint**<br><br>Complaint Filed: FEBRUARY 7, 2009<br><br>Third-Party Complaint Filed: MARCH 30, 2009<br><br>Cross-Complaint Filed: MAY 26, 2009 |

1

PDF created with pdfFactory trial version www.pdffactory.com

Individually and dba Coldwell Banker et al. )
)
    Defendant/Cross-Defendant, )
)
    And Roes 1-100 )
)
_____ )

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this Action, Third-Party Complaint and Cross-Complaint be and are hereby dismissed with prejudice in their entirety pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit, Third-Party Complaint, Cross-Complaint and the negotiation and preparation of this Agreement.

Dated:  June 29, 2010                        HOGE, FENTON, KONES & APPEL, INC.

                                          /s/John H. Adams, Jr.

                                          JOHN H. ADAMS, JR.

                                          Attorneys for Defendant/Third-Party

                                          Plaintiff/Cross-Defendant,

                                          Coldwell Banker Real Estate, LLC.

Dated:  June 30, 2010                        THE DAVIS LAW FIRM

                                          /s/Whitney A. Davis

                                          Whitney A. Davis,

                                          Attorneys for Defendant/Third-Party

                                          Defendant/Cross-Claimant,

                                          Vivian Silva

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
| Dated: June 28, 2010 | DISABLED ACCESS PREVENTS INJURY, INC. |
|  | /s/Scott N. Johnson<br>SCOTT N. JOHNSON,<br>Attorney for Plaintiff |

**IT IS SO ORDERED** that this action, third-party complaint and cross-complaint are hereby dismissed **WITH** prejudice.  The Parties are to bear their own costs and attorney's fees in connection with the Lawsuit, Third-Party Complaint and Cross-Complaint.

|  |  |
|---|---|
| Dated: July 6, 2010 | /s/ John A. Mendez<br>U.S. DISTRICT COURT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com